NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AUTO-KAPS, LLC,**
*Plaintiff-Appellant*

**v.**

**CLOROX COMPANY,**
*Defendant-Cross-Appellant*

———————————

2017-1456, 2017-1918

———————————

Appeals from the United States District Court for the Eastern District of New York in No. 2:15-cv-01737-BMC, Judge Brian M. Cogan.

———————————

**JUDGMENT**

———————————

JEAN-MARC ZIMMERMAN, Zimmerman Law Group, Westfield, NJ, argued for plaintiff-appellant.

ANDREW JAMES ISBESTER, Kilpatrick Townsend & Stockton LLP, San Francisco, CA, argued for defendant-cross-appellant.  Also represented by DARIUS C. SAMEROTTE; SCOTT KOLASSA, MENLO PARK, CA; FREDERICK LEE WHITMER, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  March 16, 2018           /s/ Peter R. Marksteiner
       Date                Peter R. Marksteiner
                           Clerk of Court